

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Matthew DellaBetta*  *Suite 400*  DIRECT: 410-209-4857
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Matthew.DellaBetta@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3124

August 9, 2021

The Honorable Paul W. Grimm
United States District Judge
District of Maryland
United States District Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: *United States v. Darran Butler*, PWG-19-137-30

Dear Judge Grimm:

On July 25, 2021, counsel for defendant Darran Butler filed a motion for disclosure of witness identity information. ECF 849. On July 26, 2021, the Government filed a joint motion that proposed disclosure of this information to the defendant pursuant to a protective order. ECF 850. On July 27, 2021, the Court issued the protective order. ECF 854. The Government has since provided the requested information to counsel for Darran Butler. Therefore, the Government believes no further response is required and that the Court can deny the defendant's pending motion as moot. Please let me know if the Court has any questions.

Very truly yours,

JONATHAN F. LENZNER
Acting United States Attorney

_____/s/_____
Matthew DellaBetta
Peter J. Martinez
Assistant United States Attorneys

Cc: Counsel for the defendants, via ECF