IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARRAN BUTLER, *et al.*,<br><br>       Defendants. | Criminal No. PWG-19-0137 |

## DEFENDANT DARRAN BUTLER'S MOTION TO SEAL EXHIBITS IN SUPPORT OF MOTION TO SUPPRESS

Defendant Darran Butler, by and through undersigned counsel, moves to seal Exhibits A through D in support of Mr. Butler's Motion to Suppress Evidence and Information Obtained from Searches of Cell Phones. These exhibits constitute applications for search warrants, which were previously filed in court under seal.

WHEREFORE, Darran Butler respectfully asks to seal Exhibits A through D to his Motion to Suppress Evidence and Information Obtained from Searches of Cell Phones.

Respectfully submitted,

/s/ Rebecca S. LeGrand
Rebecca S. LeGrand
LeGrand Law PLLC
1100 H Street N.W., Suite 1220
Washington, D.C. 20005
Phone: (202) 587-5725
rebecca@legrandpllc.com

*Counsel for Darran Butler*

July 31, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which provides service to all counsel of record.

/s/
Rebecca S. LeGrand