

**DISTRICT COURT OF MARYLAND FOR WASHINGTON COUNTY**

36 W. Antietam Street
Hagerstown, Maryland 21740-5524

240-420-4600

To: US PROBATION & PRETRIAL SERVI
3500 CHERRYWOOD LN STE 110
GREENBELT MD 20770

COURT'S EXHIBIT NO. _1_
CASE NO.: _PWG 19-137-030_
IDENTIFICATION: _11-8-2022_
ADMITTED: _11-8-2022_

Case Number: D-112-CR-22-000440
Tracking Number: 221001604681
Related Case Number:

✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

8:43 am, Nov 09 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

**STATE OF MARYLAND VS. DARRAN BUTLER**

### STATUS NOTICE – CRIMINAL/TRAFFIC

**\*\*RETURN THIS NOTICE\*\* WHEN SUPPLYING ADDITIONAL INFORMATION TO THE COURT**

The Court acknowledges receipt of your correspondence and you are advised as shown below:

☐ You recently forwarded to the Court a check in the amount of $0.00. We have not been able to locate a case to which we should apply this payment. Please furnish information such as citation/case/tracking number, driver's license number, your full name and date of birth.

☐ You have requested a continuance.

  ☐ The request has been granted. A new trial/hearing date will be scheduled and you will receive a notice in the mail.

  ☐ The request has been denied. It is necessary that you appear for trial/hearing or pay the fine if one is shown.

☐ The Court does not provide record checks. For further information, contact the Department of Public Safety and Correctional Services (listed under State Government in the telephone directory.)

☐ Your request cannot be processed without a payment of $0.00 for:
  ☐ Photocopies $0.50 per page. (No additional charge for true test copies.)
  ☐ Certified copies $5.00 each (plus photocopy fee).

☐ Appeal fee of $0.00 made payable to Circuit Court is required.

☐ In order to process your request, additional information is needed. Please provide as much of the following as possible: citation/case/tracking number, driver's license number, charge(s), your full name and date of birth.

☐ A request for a new trial date must be in writing and received by the Court within 120 days after the date of issuance of the citation. The request must be accompanied by a penalty deposit in the form of a check or money order, made payable to the District Court, in the full amount of the fine.

☒ Other: This case has not been adjudicated. The Preliminary Hearing is scheduled for 11/1/2022. The court has provided a certified copy of the statement of charges and a case summary. In regards to case C21CR22000332 if you would like certified copies of this case you will need to send a request to Circuit Court for Washington County.

10/4/2022           Kim Hurd
_Date_              _Administrative Clerk_

DC-032 (Rev. 12/2014)    Page 1 of 1    10/4/2022 9:37 AM

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
PROBATION & PRETRIAL SERVICES OFFICE

| PROBATION OFFICES | LEON A. EPPS JR. CHIEF | PRETRIAL OFFICES |
|---|---|---|
| 250 W. PRATT STREET<br>SUITE 400<br>BALTIMORE, MD 21201<br>410-962-4740<br><br>7855 WALKER DRIVE<br>SUITE 600<br>GREENBELT, MD 20770<br>301-344-0510 | September 22, 2022 | 101 W. LOMBARD STREET<br>SUITE 1625<br>BALTIMORE, MD 21201<br>410-962-4820<br><br>6500 CHERRYWOOD LANE<br>SUITE 110<br>GREENBELT, MD 20770<br>301-344-0375 |

RECEIVED
SEP 2 8 2022
DIST. COURT OF MD 11-02

Maryland District Court Clerk for Washington County
Attn: Criminal Department
36 W Antietam Street
Hagerstown, MD 21740

RE:  Butler, Darran Malik
     ~~DOB~~
     Request for Court Records:

Dear Criminal Clerk's Office:

This office is preparing a presentence investigation report on the above defendant for the U.S. District Court for the District of Maryland. Records reflect that he has criminal convictions in your court. Kindly provide **certified/true test copies** for the following documents in the below case(s): police reports/incident report; indictment/information; disposition; commitment or probation order; probation violation reports; and verification of attorney representation. Documents can be mailed or faxed back to the address provided below.

~~D21CR22000332~~-Possess Weapon While in Confinement
DC112R22000440-Possess Contraband While in Confinement

Sincerely,

*Ashley Crouch*

Ashley Crouch
U.S. Probation Officer

REPLY TO:
U.S. Probation Office, 6500 Cherrywood Lane, Suite 110, Greenbelt, MD 20770 Tel: 301-344-3112 Fax: 301-623-3964

☐ CIRCUIT COURT ☒ DISTRICT COURT OF MARYLAND FOR  Washington County
City/County

Located at  36 W. Antietam St. Hagerstown, MD 21740      Case No. D-112-CR-22-000440
Court Address

STATE OF MARYLAND
OR

_____  vs.  DARREN BUTLER
Plaintiff                              Defendant

## CERTIFICATION OF TRUE COPY

I HEREBY CERTIFY that I am authorized to make this certification, and that the attached is a true copy of: CASE SUMMARY, CRIMINAL SUMMONS, AND STATEMENT OF CHARGES

taken from the records of above court in the above entitled case.

IN TESTIMONY WHEREOF I hereto set my hand and affix the seal of the DISTRICT Court of Maryland for Washington County on this 4TH day of OCTOBER, 2022.

_Linda Potter_ / ELK
Signature of Clerk of Court / Administrative Clerk / County Clerk

Linda Potter / ELK
Printed Name

CC-DC-033 (Rev. 12/2016)



# DISTRICT COURT OF MARYLAND FOR WASHINGTON COUNTY
## CASE SUMMARY
### CASE NO. D-112-CR-22-000440

## CASE ASSIGNMENT

**State of Maryland vs. DARRAN BUTLER**
Case Type: **Criminal - SOC - Application**
CaseStatus: **Open**
Case Financial Balance:

Court Address: **36 W. Antietam Street, Hagerstown, Maryland.**
Judicial Officer:
Assigned On: **08/17/2022**
Filed On: **08/17/2022**

📞 240-420-4600

**Related Cases**

**Cross Reference Numbers**
2235-1205   Central Complaint Number

## PARTY INFORMATION

| | | Attorneys | |
|---|---|---|---|
| Plaintiff | State of Maryland | State's Attorney, Washington County 08/18/2022 | Retained |
| Defendant | BUTLER, DARRAN | | |
| Officer - Arresting/Complainant | TOSTON, FRANK | | |
| Interested Person/ Party | US PROBATION & PRETRIAL SERVICES | | |

## CASE INFORMATION

Tracking No (s). 221001604681

| Offense | Statute | Plea | Plea Date | Disposition | Disp Date |
|---|---|---|---|---|---|
| 1. CONTRABAND-RECEIVE WEAPON | CR.9.414.(a)(4) | | | | |
| 2. DEADLY WEAPON-CONCEAL | CR.4.101.(c)(1) | | | | |
| 3. POSS CONTBND-PLACE OF CONFINEM | CR.9.412.(a)(3) | | | | |

## HEARINGS

| | | | | |
|---|---|---|---|---|
| 09/21/2022 | 8:30AM | Hearing - Preliminary | | Postponed |
| 11/01/2022 | 1:00PM | Hearing - Preliminary | | |

## EVENTS

| | |
|---|---|
| 08/17/2022 | Document Issued |
| 08/17/2022 | Summons Issued |
| 08/24/2022 | Summons Served |
| | Served on Defendant BUTLER, DARRAN |
| | Served Date: 08/23/2022 |
| 09/07/2022 | Case Included on Writ List |
| 09/21/2022 | Felony Docket Sheet |
| 09/21/2022 | Trial / Hearing Postponement |
| 09/28/2022 | Request for Copies |
| | Filed by Defendant BUTLER, DARRAN |



True Test Copy
Kimberly Ohred
Administrative Clerk
By: [signature] Date: 10/4/22

Page: 1 of 1   Report Name:CCDC560 - Case Summary Report   Run Date: 10/4/2022 9:31 AM



# DISTRICT COURT OF MARYLAND FOR Washington County
Located at 36 West Antietam St, Hagerstown, Maryland 21740

Case No. D-112-CR-22-000440

**STATE OF MARYLAND     VS.     BUTLER, DARRAN**
MCI-H DOC# 473425
18601 ROXBURY RD
HAGERSTOWN, MD 21746-0000
CC#: 2235-1205        SID: 0004242602     FBI#:
LID: 473425           DL#:
Race: B  Sex: M  Ht: 6' 01"   Wt: 170   Hair: BLK  Eyes: BRO
DOB: [redacted]   Home phone: [redacted]   Cellphone:

| Charge | Statute | Arrest | Charge | Statute | Arrest |
|---|---|---|---|---|---|
| CONTRABAND-RECEIVE WEAPON \| CR 9 414 (a)(4) \| | | | DEADLY WEAPON-CONCEAL \| CR 4 101 (c)(1) \| | | |
| POSS CONTBND-PLACE OF CONFINEM \| CR 9 412 (a)(3) \| | | | | | |

## CRIMINAL SUMMONS ON CHARGING DOCUMENT

STATE OF MARYLAND, Washington County, to wit:

**To the defendant:**
YOU ARE SUMMONED AND COMMANDED to appear for Preliminary Hearing on a date to be set by the Clerk to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the court at the above location prior to the hearing/trial date. To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. TTY users call Maryland RELAY 711. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the Court facility.

Date: 08/17/2022     ~~Judge~~/Commissioner/~~Clerk~~: _____     ID: B069
Given to: DPSCS INTELLIGENCE & INVESTIGATIVE DIVISION
**NOTICE TO OFFICER:** If not served by 09/17/2022, return to the Court.

### ACKNOWLEDGEMENT
I acknowledge receipt of a copy of this Summons and Charging Document and hereby promise to appear in the District Court as directed by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time and date herein set forth will result in the issuance of a warrant for my arrest.

Date: _____     Signature of Defendant: _____

### RETURN OF SERVICE
☐ I certify that I delivered a copy of this Summons and Charging Document to the defendant personally at
_____ o'clock ___M. on _____ at _____
                         Date                         Place

☐ I certify that the defendant could not be found.
☐ I certify that I personally attempted to deliver a copy of this Summons and Charging Document to the defendant, but they refused to accept and/or sign a receipt for the document(s).

_____     _____
Signature of Issuing Officer     Officer's Title

_____
Printed Name of Officer

_____     _____
Date     Agency, Sub Agency

True Test Copy
*Kimberly Hurd*
Administrative Clerk
Date: 10/4/22

DC-CR-005 (Rev. 05/2021)     Tracking No. 221001604681





# DISTRICT COURT OF MARYLAND FOR Washington County
Located at 36 West Antietam St, Hagerstown, Maryland 21740

Case No. D-112-CR-22-000440

**STATE OF MARYLAND VS. BUTLER, DARRAN**
MCI-H DOC# 473425
18601 ROXBURY RD
HAGERSTOWN, MD 21746

COMPLAINANT:
Officer: D/SGT FRANK W. TOSTON
Agency/Subagency: PSIU0035
Officer ID: 2040

CC#: 2235-1205    SID: 0004242602    FBI#:
LID:              DL#:
Race: B  Sex: M  Ht: 6'1"  Wt: 170  Hair: BLK  Eyes: BRO
DOB: ■■■       Home phone: ■■■       Cellphone:

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF Officer: D/SGT FRANK W. TOSTON IT IS FORMALLY CHARGED THAT BUTLER, DARRAN at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 2 1055 | 27 138 (b) | 10 Y &/or $5,000.00 | CONTRABAND-RECEIVE WEAPON<br>On or About 07/22/2022<br>MCI-H; 18601 ROXBURY RD,<br>HAGERSTOWN/WASHINGTON CO.,MD<br>did receive a weapon: to wit a piece of metal, approximately 6 inches long, sharpened to a point on one end with a magnet attached to it with tape wrapped around the weapon to hold the magnet in place while confined in The Maryland Correctional Institution-Hagerstown.<br>Against the Peace, Government, and Dignity of the State. |
| 002 | 1 5202 | 27 36 | 3 Y &/or $1,000.00 | DEADLY WEAPON-CONCEAL<br>On or About 07/22/2022<br>MCI-H; 18601 ROXBURY RD,<br>HAGERSTOWN/WASHINGTON CO.,MD<br>did wear and carry, a dangerous and deadly weapon, concealed upon and about his/her person.<br>Against the Peace, Government, and Dignity of the State. |
| 003 | 1 1835 | CR 9 412 ((a)(3)) | 3 Y &/or $1,000.00 | POSS CONTBND-PLACE OF CONFINEM<br>On or About 07/22/2022<br>MCI-H; 18601 ROXBURY RD,<br>HAGERSTOWN/WASHINGTON CO.,MD<br>... did knowingly possess contraband, to wit: approximately 6 inches long, sharpened to a point on one end with a magnet attached to it with tape wrapped around the weapon to hold the magnet in place in The Maryland Correctional Institution-Hagerstown, a place of confinement.<br>Against the Peace, Government, and Dignity of the State. |

True Test Copy
*Kimberly Hurd*
Administrative Clerk
By: _____ Date: 10/4/22

Date: 08/17/2022  Time: 10:13 AM
Tracking No. 221001604681

Judicial Officer: _____  B069



DISTRICT COURT OF MARYLAND FO...
LOCATED AT (COURT ADDRESS)
36 W. Antietam Street,
Hagerstown, Maryland 21740

D-112-CR-22-000440



| COMPLAINANT | DEFENDANT |
|---|---|
| D/Sergeant Frank W. Toston<br>Printed Name | BUTLER, Darran SID # 4242602 DOC # 473425<br>Printed Name |
| P.O. Box 418 8520 Corridor Rd. Suite H<br>Address | MCI-H  18601 Roxbury Road<br>Address |
| Savage, Maryland 20763<br>City, State, Zip     Telephone | Hagerstown, Maryland 21746<br>City, State, Zip     Telephone |
| PSIU 0035 2040<br>Agency, Sub-agency, and I.D. #   (Officer Only) | CC# IID case # 22-35-01205 |

DEFENDANT'S DESCRIPTION: Driver's License # _____ Sex M  Race B  Ht 6'1"  Wt 170
Hair Blk   Eyes Brn   Complexion _____ Other _____ DOB ____ ID ____

### APPLICATION FOR STATEMENT OF CHARGES          Page 1 of 2

(Include a statement of facts within your personal knowledge (what you saw or heard, what someone said to you, etc.) showing that there is probable cause to believe that a crime has been committed and that the defendant has committed it. Please see the "NOTICE TO APPLICANT FOR A CHARGING DOCUMENT" for further information.)

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named defendant because on or about July 22, 2022 at Maryland Correctional Institution-Hag. (MCI-H)
18601 Roxbury Road, Hagerstown, Washington County, Maryland, the above named defendant

See Attached DC-CR-001A

(Continued on attached _____ pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

8/16/22                    Frank L. Toston
Date                       Officer's Signature
                           D/Sergeant Frank W. Toston
                           Printed Name

I have read or had read to me and I understand the notice on the back of this form.

_____ Date                 _____ Applicant's Signature
                           Printed Name

Subscribed and sworn to before me 8/17/22 at 10:02 ☒ AM ☐ PM
                           Judge/Commissioner _____ B069
                                               ID Number

I understand that a charging document will be issued and that I must appear for trial ☐ on _____
at _____, ☐ when notified by the clerk, at the court location shown at the top of this form.
   Time

                           _____ Applicant's Signature

☐ The applicant requests reasonable protection for safety of the alleged victim or the victim's family: (Describe)

☐ I have advised applicant of the right to request shielding.  ☐ The applicant declines shielding.    True Test Copy
☐ I declined to issue a charging document because of lack of probable cause.   Kimberly Thurd
_____ Date                    _____ Commissioner                ID Number
                                                                Administrative Clerk

DC-CR-001 (Rev. 10/2020)      Tr.#221001604681        Printed Name
                                                      By: _____ Date: 10/4/22



**DISTRICT COURT OF MARYLAND FOR** Washington County (City/County)

LOCATED AT (COURT ADDRESS)
36 W Antietam St.
Hagerstown, MD 21740



DC Case : D-112-CR-22-000440

DEFENDANT'S NAME (LAST, FIRST, M.I.)
BUTLER, Darran SID # 4242602 DOC # 473425

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)   Page 2 of 2

On July 22, 2022 at 1914 hours, Lieutenant Ryan LAROSE from the Maryland Correctional Institution-Hagerstown (MCI-H), located at 18601 Roxbury Road, Hagerstown, Washington County, Maryland reported that Inmate Darran BUTLER (SID # 4242602) (DOC # 473425) was found in possession of a homemade weapon by Officer Timothy SINGLETON.

A check through the Offender Case Management System (OCMS) concerning Inmate BUTLER found that he has been validated as being a member of the security threat group known as the "BGF" within the institution. Inmate BUTLER has a scheduled release date of April 29, 2026. As a result of this incident, Inmate BUTLER was administratively charged and found guilty of the following rule violations: Rule 105 (Possession of weapon) and Rule 315 (Possession of contraband). Inmate BUTLER was sanctioned to 75 days of disciplinary segregation and had 150 Good Conduct credits revoked.

I (D/Sergeant TOSTON) obtained and reviewed the institutional reports/photographs submitted by Officer Timothy SINGLETON concerning this incident.

Officer SINGLETON reported that on July 22, 2022 at approximately 1835 hours, he was standing yard coverage as Unit 3 was going to yard. Inmate Darran BUTLER (DOC# 473425 / SID# 4242602) failed to clear the metal detector. Officer SINGLETON proceeded to do a pat down search and recovered a homemade weapon from Inmate BUTLER's front left pocket. Officer SINGLETON secured the weapon on his person. Inmate BUTLER was placed in handcuffs and escorted out of the yard. The weapon was described as a piece of metal, approximately 6 inches long, sharpened to a point on one end. The weapon had a magnet attached to it with tape wrapped around the weapon to hold the magnet in place. Inmate BUTLER was identified by his State ID card. It should be noted that the described item that Inmate BUTLER had in his possession during this incident is consistent with an item that is considered contraband, and something that an inmate is not allowed to possess while incarcerated within the Maryland Division of Corrections.

On July 25, 2022, I (D/Sergeant TOSTON) retrieved the described weapon that was recovered during this incident from the Maryland Correctional Institution-Hagerstown (MCI-H) Evidence Locker. I (D/Sergeant TOSTON) later packaged this item as evidence and subsequently entered it into the Hagerstown IID Evidence Locker.

On July 25, 2022, I (D/Sergeant TOSTON) spoke with Officer SINGLETON concerning this incident. The information relayed by Officer SINGLETON was consistent with the information in his report that was completed on July 22, 2022.

Based on the above information that occurred at 18601 Roxbury Road, Hagerstown, Washington County, Maryland your Applicant requests that Darran BUTLER be charged by way of criminal summons with the following charges:

1. CR 9-414 (a) (4) Possessing/Receiving a Weapon While Confined.
2. CR 4-101 (c) (1) Dangerous Weapon-Conceal.
3. CR 9-412 (a) (3) Possess Contraband Place of Confinement.

8/16/22
Date

Frank L. Toston
Applicant's Signature
D/Sergeant Frank W. Toston
Printed Name

Tr.# 221001604681

True Test Copy
Kimberly Ward
Administrative Clerk
By: [signature]   Date: 10/4/22

DC-CR-001A (Rev. 04/2015)

## NOTICE OF ADVICE OF RIGHT TO COUNSEL FOR ALL JUDICIAL PROCEEDINGS

**TO THE PERSON CHARGED:**

1. This paper charges you with committing a crime.
2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be released from jail until your trial.
3. If you have been served with a citation or summons directing you to appear before a judicial officer for a preliminary inquiry at a date and time designated or within five days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties. The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.
4. You have the right to have a lawyer.
5. A lawyer can be helpful to you by:
   (A) explaining the charges in this paper;
   (B) telling you the possible penalties;
   (C) explaining any potential collateral consequences of a conviction, including immigration consequences;
   (D) helping you at trial;
   (E) helping you protect your constitutional rights; and
   (F) helping you to get a fair penalty if convicted.
6. Even if you plan to plead guilty, a lawyer can be helpful.
7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.2 to review an order of a District Court commissioner regarding pretrial release. If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you. To apply for Public Defender representation, contact a District Court commissioner.
8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.
9. **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.** If you do not have a lawyer before the trial date, you may have to go to trial without one.

Contact information for District Court Commissioner's Offices can be found at:
http://www.mdcourts.gov/district/directories/commissionermap.html
If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

## NOTICE TO DEFENDANT

1. **MUST APPEAR** - If the offense with which you are charged is a 'MUST APPEAR' offense, you may not waive trial but are required to appear in court when notified. Drivers who receive payable citations included with a "Must Appear" citation automatically will receive a trial date notice for all citations. PLEASE NOTE THAT FAILURE TO APPEAR MAY RESULT IN A WARRANT FOR YOUR ARREST.

2. **PRESET FINE** - If ALL of your charges are marked "Payable", you must comply with one of the following within 30 days after receipt of the citation/summons.

   **OPTION #1** - Pay the full amount of the preset fine for each violation.
   **OPTION #2** - Request a waiver hearing regarding sentencing and disposition instead of trial - Plead Guilty With an Explanation. Do not send payment.
   **OPTION #3** - Request a trial date, time, and place established by the District Court of Maryland by writ or trial notice. Do not send payment.

Please note that payment of the preset fine will result in conviction for the offense(s) charged being entered against you and the case being closed. Please note further that points will be assessed by MVA on your driving record after conviction of a violation of the Motor Vehicle Laws of this State. Failure to pay the preset fine or to appear at trial, after notice, will result in the suspension of your driving privileges by the Motor Vehicle Administration.

**FOR MORE INFORMATION AND TO PAY CITATIONS:**
Visit the MD Judiciary Website at www.mdcourts.gov/district or call the Interactive Voice Response (IVR) System for trial dates, court locations, and directions.

From all areas including out-of-state calls:   1-800-492-2656
TTY users call Maryland RELAY: 711

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

_____                    _____                _____
Date                                Defendant                      Date

True Test Copy
Judge/Commissioner
Kimberly Awad
Administrative Clerk
By: _____ Date: 10/4/22

AOV-IA   (Rev. 10/2017)

## IMPORTANT NOTICE

The attached papers charge you with committing a crime. Depending on the crime charged, a jail sentence could be imposed by the court if you are found guilty. You have a right to be represented at trial by a lawyer. ACT IMMEDIATELY to obtain a lawyer. If you cannot afford a lawyer, you may apply for the Public Defender through the <u>District Court Commissioner</u> who will determine if you are eligible for the Public Defender to represent you at trial. If you wait too long to retain the Public Defender or private counsel you can be made to stand trial without a lawyer. Applications are accepted at any District Court Commissioner's Office during operating hours. Please contact the office listed below for operating hours:

> District Court Commissioner Station for Washington County
> 36 WEST ANTIETAM ST
> Hagerstown, MD 21740
> 1-833-453-9799

You should bring the following papers to apply for the Public Defender's services:

1. Court charging documents/traffic tickets. (Statement of Charges/all documents issued to you by court).
2. Trial date notices from the court. (You may apply even if no trial date has been received.)
3. <u>If you are employed:</u>
   Written proof of salary, pay stubs, or other written verification of income for the last two pay periods.
4. <u>If you are unemployed:</u>
   Proof of public assistance, medical assistance, Social Security or
   Supplemental Security Income (SSI), or other assistance you are receiving.

> For more information on operating hours or locations visit the Maryland Judiciary website:
> mdcourts.gov/district/directories/commissionermap
> If you require further information about qualifying for the Public Defender, call 1-833-453-9799.

### IMPORTANT

IF THE COMMISSIONER DETERMINES THAT YOU ARE ELIGIBLE TO BE REPRESENTED BY THE PUBLIC DEFENDER AT TRIAL, YOU WILL RECEIVE A <u>FINAL QUALIFICATION</u> IN WRITING.
ONCE YOU HAVE RECEIVED THE FINAL QUALIFICATION, ALL QUESTIONS SHOULD BE DIRECTED TO THE PUBLIC DEFENDER'S OFFICE:

The address of the Public Defender is:

> 81 W. WASHINGTON ST., SUITE A
> HAGERSTOWN, MARYLAND 21740

Their telephone number is: 301-791-4735

The Office of the Public Defender is open weekdays from 8:30 a.m. to 4:30 p.m.

I have read, or have had read to me, the contents of the above notice and acknowledge receipt of a copy thereof.

| DATE | SIGNATURE OF DEFENDANT |
|---|---|
|  | _Kimberly Shird_, Administrative Clerk |

IF YOU DO NOT HAVE A LAWYER ON THE TRIAL DATE, YOU MAY HAVE TO GO TO TRIAL WITHOUT THE ASSISTANCE OF A LAWYER

True Test Copy
By: _[signature]_ Date: 10/4/22

Revised 09/2021